# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146433-5

MARIE HUNT, Personal Representative for the
ESTATE OF EUGENE WAYNE HUNT,
        Plaintiff/Counter-Defendant/Cross-
        Defendant-Appellant,

v

ROGER DRIELICK and COREY DRIELICK,
d/b/a ROGER DRIELICK TRUCKING,
        Defendants/Counter-Plaintiffs/Cross-
        Plaintiffs/Third-Party-Defendants/
        Counter-Defendants,

and

GREAT LAKES CARRIERS CORP.,
        Defendant/Cross-Defendant-Appellee,

and

GREAT LAKES LOGISTICS & SERVICES, INC.,
and MERMAID TRANSPORTATION, INC.,
        Defendants/Cross-Defendants,

and

SARGENT TRUCKING, INC.,
        Defendant-Appellee,

and

NOREEN LUCZAK and THOMAS LUCZAK,
        Third-Party-Defendants/Counter-
        Defendants-Appellees,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
        Garnishee Defendant-Appellee.
_____/

SC: 146433
COA: 299405
Bay CC: 96-003280-NI

BRANDON JAMES HUBER,
      Plaintiff-Appellant,

v

COREY DRIELICK and ROGER DRIELICK,
d/b/a ROGER DRIELICK TRUCKING,
      Defendants/Third-Party-Plaintiffs,

and

GREAT LAKES CARRIERS CORP.,
      Defendant-Appellee,

and

GREAT LAKES LOGISTICS & SERVICES, INC.,
and MERMAID TRANSPORTATION, INC.,
      Defendants,

and

SARGENT TRUCKING, INC.,
      Defendant-Appellee,

and

GREAT LAKES CARRIERS, INC.,
      Third-Party-Defendant,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
      Garnishee Defendant-Appellee.

SC: 146434
COA: 299406
Bay CC: 97-003238-NI

_____/

THOMAS LUCZAK and NOREEN LUCZAK,
      Plaintiffs-Appellants,

v

COREY DRIELICK and ROGER DRIELICK,
d/b/a ROGER DRIELICK TRUCKING,
      Defendants-Third-Party-Plaintiffs,

and

SC: 146435
COA: 299407
Bay CC: 96-003328-NI

GREAT LAKES CARRIERS CORP.,
        Defendant-Appellee,

and

GREAT LAKES LOGISTICS & SERVICES, INC.,
and MERMAID TRANSPORTATION, INC.,
        Defendants,

and

SARGENT TRUCKING, INC.,
        Defendant-Appellee,

and

GREAT LAKES CARRIERS, INC.,
        Third-Party-Defendant,

and

EMPIRE FIRE AND MARINE INSURANCE
COMPANY,
        Garnishee Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the November 20, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether a lease agreement is legally implied between Roger Drielick Trucking and Great Lakes Carriers Corporation under the facts of the case and under applicable federal regulation of the motor carrier industry; and (2) if so, whether the Court of Appeals erred in resolving this case on the basis of the first clause of the business use exclusion in the non-trucking (bobtail) policy issued by Empire Fire and Marine Insurance Company, instead of on the basis of the second clause, which excludes coverage for "'[b]odily injury' or 'property damage' . . . while a covered 'auto' is used in the business of anyone to whom the 'auto' is leased or rented."

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2013



        Clerk

s0911